KAREN CARTER PETERSON      *      NO. 2019-CA-0703

VERSUS      *      COURT OF APPEAL

ALLEN HELWICK BORNE,      *      FOURTH CIRCUIT
JR., KYLE ARDOIN, IN HIS
OFFICIAL CAPACITY AS THE      *      STATE OF LOUISIANA
SECRETARY OF STATE, AND
C. ARTHUR MORRELL, IN      *
HIS OFFICIAL CAPACITY AS
THE CHIEF ELECTION      *
OFFICER FOR ORLEANS      * * * * * * *
PARISH

CHASE, J., CONCURS IN THE RESULT.